AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL OSTERER, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 1:23-cv-22083-RAR |
| BAM TRADING SERVICES INC., *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Binance Holdings Limited
Sertus Chambers, Governers Square, Suite #5-204
23 Lime Tree Bay Avenue
P.O. Box 2547
Grand Cayman, KY1-1104, Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/06/2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MICHAEL OSTERER, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-22083-RAR |
| BAM TRADING SERVICES INC., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BAM TRADING SERVICES INC.
C/O Corporation Service Company
1090 Vermont Ave. NW
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/06/2023

Angela E. Noble
Clerk of Court

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts