UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-22083-RAR

MICHAEL OSTERER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a BINANCE.US., a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven Sukert of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, hereby enters his appearance as counsel for Plaintiff, Michael Osterer, and seeks to receive CM/ECF notices via electronic means at the following email address: sukert@kolawyers.com.

Dated: June 9, 2023

    Respectfully submitted,

*/s/ Steven Sukert*
Steven Sukert
Florida Bar No.: 1022912
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
sukert@kolawyers.com