UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:23-cv-22083-RAR

MICHAEL OSTERER, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a
BINANCE.US., a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a
BINANCE, a foreign company,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jonathan Streisfeld of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, hereby enters his appearance as counsel for Plaintiff, Michael Osterer, and seeks to receive CM/ECF notices via electronic means at the following email address: streisfeld@kolawyers.com.

Dated: June 9, 2023

                                    Respectfully submitted,

                                    */s/ Jonathan Streisfeld*
                                    Jonathan Streisfeld
                                    Florida Bar No.: 117447
                                    **KOPELOWITZ OSTROW FERGUSON**
                                    **WEISELBERG GILBERT**
                                    1 W. Las Olas Blvd., Suite 500
                                    Fort Lauderdale, Florida 33301
                                    Tel: (954) 525-4100
                                    Fax: (954) 525-4300
                                    streisfeld@kolawyers.com