UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22083-RAR

**MICHAEL OSTERER**,
*individually and on behalf of
all others similarly situated*,

    Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a* BINANCE.US, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that Defendant Binance Holdings, Ltd. has been served with process. *See* Affidavit of Service on Binance Holdings, Ltd. [ECF No. 8]. However, no proof of service has been filed for Defendant BAM Trading Services Inc. in this matter. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that Defendant Binance Holdings, Ltd. shall not file a response until BAM Trading Services Inc. has been served with process. After BAM Trading Services Inc. has been served, all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last-served Defendant to respond. Plaintiff shall promptly file a return of service after serving the remaining Defendant.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**