**AFFIDAVIT OF SERVICE**
UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:23-CV-22083-RAR

Plaintiff: **MICHAEL OSTERER**
vs.
Defendant: **BAM TRADING SERVICES INC.,**

For: Jeffrey M. Ostrow
KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT

Received by Caplan, Caplan & Caplan Process Servers on the 7th day of June, 2023 at 9:08 am to be served on **BAM TRADING SERVICES INC. C/O CORPORATION SERVICE COMPANY, 1090 VERMONT AVE NW, WASHINGTON, DC 20005**. I, Justin Cohen, being duly sworn, depose and say that on the 7 day of June, 2023 at 12:10 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY:By serving_____as_____Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date,hour,intials of service endorsed thereon by me in compliance with State Statute
( )CORPORATE SERVICE/CORPORATE LLC:By serving_____as_____Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with the date, hour ad intials of service endorsed thereon by me in compliance with State Statute
( )CORPORATE REGISTERED AGENT:By serving_____as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein,with date,hour,intials of service endorsed by me in compliance with State Statute
(X)CORPORATE REGISTERED AGENT EMPLOYEE:By serving Alex Hannigan as Employee of Registered agent. Served the named person by delivering a true copy of pleadings and informed person of the contents therein,with date,hour,intials of service endorsed thereon by me in compliance with F.S.48.081(3)(a) and 48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm
( )CORPORATE SUBSTITUTE RESIDENTIAL :By serving_____as_____Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein,with the date,hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between10am and 12pm
( )SERVED:Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____as_____ who stated they are authorize to accept service for deponent and informed said person of the contents
( )NO SERVICE:Reason stated in comments

**COMMENTS:**_____
_____
_____
_____

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 9th day of June, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2024

_____
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2023020979

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

Date: 6/7/23
Time: 12:10 PM
Initials: JC
DD#: N/A

MICHAEL OSTERER, )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-22083-RAR
BAM TRADING SERVICES INC., )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAM TRADING SERVICES INC.
C/O Corporation Service Company
1090 Vermont Ave. NW
Washington, DC 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 W. Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
ostrow@kolawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/06/2023

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts