UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22083-RAR

**MICHAEL OSTERER**,
*individually and on behalf of
all others similarly situated*,

    Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING JOINT SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **July 10, 2023**. In addition, by **July 10, 2023**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Miami, Florida, this 14th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.