AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| MICHAEL OSTERER, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-22083-RUIZ/Becerra |
| BAM TRADING SERVICES, INC. et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings, Ltd.

Date: 06/22/2023

*/s/ Aaron S. Weiss*
*Attorney's signature*

Aaron S. Weiss (FBN 48813)
*Printed name and bar number*
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33137

*Address*

aweiss@carltonfields.com
*E-mail address*

(305) 530-0050
*Telephone number*

(305) 530-0055
*FAX number*