UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

    *Defendants*.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR
TWENTY-ONE DAY EXTENSION TO RESPOND TO COMPLAINT**

Defendants BAM Trading Services Inc. d/b/a Binance.US and Binance Holdings, Ltd. d/b/a Binance move, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for entry of an order granting an unopposed twenty-one-day extension, through July 21, 2023, to respond to Plaintiff Michael Osterer's ("Plaintiff") Complaint [ECF No. 1].

On June 5, 2023, Plaintiff filed a class action complaint against Defendants. On June 12, 2023, the Court entered an order requiring combined responses [ECF No. 9]. The Defendants' responses to Plaintiff's Complaint are due on June 30, 2023.

Defendants require additional time to respond to the Complaint because, *inter alia*, undersigned counsel has only recently been hired to represent their respective clients in this case and require additional time to review and analyze the case materials.

Defendants file this motion in good faith and not for purposes of delay. Plaintiff does not object to the requested extension.

**CONCLUSION**

For the reasons set forth herein, Defendants request that the Court grant a twenty-one-day extension of time, through July 21, 2023, to respond to Plaintiff's Complaint. A proposed order

129942429.1

is attached as **Exhibit A**.

**S.D. F**LA**. L.R. 7.1(a)(3) C**ERTIFICATION

Undersigned counsel for Defendants certifies that counsel for Plaintiff has confirmed that Plaintiff is not opposed to the issuance of the requested relief.

| | |
|---|---|
| Dated: June 22, 2023 | By: /s/ *Aaron S. Weiss* <br> Aaron S. Weiss (FBN 48813) <br> aweiss@carltonfields.com <br> Carlton Fields, P.A. <br> 700 N.W. 1st Ave., Ste. 1200 <br> Miami, Florida  33136 <br> Telephone:  305-530-0050 <br><br> *Counsel for Defendant Binance Holdings, LTD. d/b/a Binace* <br><br> By: /s/ *Adam M. Foslid* <br> Adam M. Foslid (FBN 682284) <br> Email: afoslid@winston.com <br> Winston & Strawn LLP <br> 200 S. Biscayne Blvd Ste 2400 <br> Miami, Florida 33131 <br> Telephone: 305-910-0646 <br><br> *Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US* |