**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:23-cv-22083-RUIZ/Becerra**

MICHAEL OSTERER,

     *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

     *Defendants*.

_____/

**ORDER**

    **THIS MATTER** comes before the Court on Defendants' Unopposed Motion for Twenty-One-Day Extension to Respond to Complaint. Having considered the Motion, for the reasons set forth therein, and being otherwise fully advised of the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED**.

2. Defendant's deadline to respond to Plaintiff's Complaint is extended through July 21, 2023.

    **DONE and ORDERED** in Chambers at Miami, Florida, on June ____, 2023.

 

                                  _____

                                    Rodolfo A. Ruiz II
                                    United States District Judge

Copies to:
Counsel of Record

1