UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES INC.

    *Defendant*.

_____/

**MOTION FOR CHRISTOPHER LAVIGNE TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Christopher LaVigne of the law firm of Withers LLP, 430 Park Avenue, 10th Floor, New York, NY 10022, Telephone: 212-848-9800 for purposes of appearance as co-counsel on behalf of Binance Holdings, Ltd. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Christopher LaVigne to receive electronic filings in this case, and in support thereof states as follows:

    1.    Christopher LaVigne is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New York, the Eastern and Southern Districts of New York, and the Second Circuit Court of Appeals.

    2.    Aaron S. Weiss of the law firm of Carlton Fields, P.A., 700 N.W. 1st Ave, Ste. 1200, Telephone 305-530-0050, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who

shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Christopher LaVigne has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached as **Exhibit 1.**

4. Christopher LaVigne, pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court provide Notice of Electronic Filings to him at email address: christopher.lavigne@withersworldwide.com.

### RELIEF REQUESTED

For the reasons set forth herein, Aaron S. Weiss moves this Court to enter an Order for Christopher LaVigne, to appear before this Court on behalf of Binance Holdings, Ltd. for all purposes in this case.

Dated: June 29, 2023

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Attorneys for Defendant Binance Holdings, Ltd.*