UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff,*

v.

BAM TRADING SERVICES INC.

    *Defendant.*

_____/

## CERTIFICATION OF
## CHRISTOPHER LAVIGNE

Christopher LaVigne, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that:

    (1)    I have studied the Local Rules of the United States District Court for the Southern District of Florida;

    (2)    I am a member in good standing of bars of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the Second Circuit Court of Appeals; and,

    (3)    I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: June 29, 2023                                            *s/ Christopher LaVigne*
                                                                             Christopher LaVigne