UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES INC.

    *Defendant*.

_____/

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christopher LaVign, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Motion is **GRANTED**.

    2.    Christopher LaVigne, may appear and participate in this action on behalf of Binance Holdings, Ltd.

    3.    The Clerk shall provide electronic notification of all electronic filings to Christopher LaVigne at christopher.lavigne@withersworldwide.com.

    DONE and ORDERED in Miami, Florida on June _, 2023

                                                _____
                                                Roldolfo A. Ruiz II
                                                United States District Judge

cc: counsel of record