UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. d/b/a Binance.US and BINANCE HOLDINGS, LTD. d/b/a Binance,

    *Defendants*.

_____/

**PLAINTIFF AND DEFENDANTS' JOINT MOTION FOR
EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT**

Plaintiff Michael Osterer and Defendants BAM Trading Services Inc. d/b/a Binance.US and Binance Holdings, Ltd. d/b/a Binance move jointly, pursuant to Fed. R. Civ. P. 6(b)(1)(A), for entry of an order granting an 18-day extension of time for the parties to file their Joint Scheduling Report.

Pursuant to the Court's Order Requiring Joint Scheduling Report [D.E. 11], the Parties met by videoconference on July 6, 2023, and discussed the topics required by Fed. R 26(f)(3), and S.D. Fla. L.R. 16.1(b)(1).

The Parties have exchanged drafts reports and made substantial progress on a joint submission. The Parties have also conferred regarding Defendants' forthcoming (1) Motion to Compel Arbitration or to Dismiss and (2) Motion to Stay Discovery, which Defendants anticipate filing on July 21, 2023. The Motion to Compel Arbitration or to Dismiss is expected to include arguments as to why Plaintiff is required to arbitrate his claims against both Defendants, to challenge personal jurisdiction over Defendant Binance Holdings, Ltd. d/b/a Binance, and to argue that Plaintiff has failed to state causes of action for which relief may be granted. Plaintiff has informed Defendants that he anticipates seeking arbitration-related and personal jurisdiction

1

discovery to prepare his opposition to the motion. Defendants have not agreed to such discovery, but they agree to continue conferring on that subject.

The ongoing conferral—and the Parties' potential agreement on at least some aspects of the Motion to Stay Discovery—will bear on the proposed Joint Scheduling Report. In particular, because Plaintiff desires to review the substance of Defendants' anticipated motions before assenting to stay or limit any discovery, the Parties respectfully request an extension of time for the Parties to file their Joint Scheduling Report until July 28, 2023, one week after Defendants' anticipated motions are filed.

In the alternative, should the Court determine that the Joint Scheduling Report should be filed prior to the July 21, 2023, deadline for Defendants to respond to the Complaint, [ECF No. 15], the Parties respectfully request an extension of time until July 17, 2023, to do so. This should allow sufficient time for the Parties to narrow and present any disagreements to the case schedule that should be imposed on the Parties.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court is authorized to grant the requested extension of time. The foregoing provides good cause for the extension of time.

## CONCLUSION

For the reasons set forth herein, Plaintiff and Defendants jointly request that the Court of an order granting the requested extension of time for the parties to file their Joint Scheduling Report. A proposed order is attached as **Exhibit A**.

## S.D. FLA. L.R. 7.1(a)(3) CERTIFICATION

Undersigned counsel certify that the parties are in agreement on the issuance of the requested relief.

129942429.1

By: */s/ Jeff Ostrow*
Jeff Ostrow (FBN 121452)
ostrow@kolawyers.com
Jonathan M. Streisfeld (FBN 117447)
streisfeld@kolawyers.com
Steven Sukert (FBN 1022912)
sukert@kolawyers.com
Kopelowitz Ostrow Ferguson
    Weiselberg Gilbert
One West Las Olas Blvd., Ste. 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100

David C. Silver (FBN 572764)
dsilver@silvermillerlaw.com
Silver Miller
4450 NW 126th Avenue, Ste. 101
Coral Springs, Florida 33065
Telephone: 954-516-6000

*Attorneys for Plaintiff*

By: */s/ Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone:  305-530-0050

Christopher N. LaVigne (*pro hac vice*)
christopher.lavigne@withersworldwide.com
Withers Bergman LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Telephone: 212-848-9800

*Counsel for Defendant Binance Holdings, LTD. d/b/a Binance*

By: */s/ Adam M. Foslid*
Adam M. Foslid (FBN 682284)
Email: afoslid@winston.com
Winston & Strawn LLP
200 S. Biscayne Blvd, Ste. 2400
Miami, Florida 33131
Telephone: 305-910-0646

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*

129942429.1