**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:23-cv-22083-RUIZ/Becerra**

MICHAEL OSTERER,

      *Plaintiff*,

  v.

BAM TRADING SERVICES, INC. et al.,

      *Defendants*.

_____/

**ORDER**

    **THIS MATTER** comes before the Court on the Parties Joint Motion for entry of an order granting an 18-day extension of time for the parties to file their Joint Scheduling Report. Having considered the Motion, for the reasons set forth therein, and being otherwise fully advised of the premises, it is hereby **ORDERED AND ADJUDGED**:

    1.      The Motion is **GRANTED**.

    2.      The Defendant's deadline for the Parties to submit their Joint Scheduling Report is extended until July 28, 2023.

    **DONE and ORDERED** in Chambers at Miami, Florida, on July _____, 2023.

                           _____

                           **RODOLFO A. RUIZ II**
                           **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

1