UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-22083-RUIZ/Becerra

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

    *Defendants*.

_____/

**DEFENDANT BINANCE HOLDINGS, LTD.'S CORPORATE
DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order Requiring Corporate Disclosure Statements and Certificates of Interested Parties (ECF No. 11), Defendant Binance Holdings, Ltd. notifies the Court that:

    1.    Defendant Binance Holdings Ltd.'s parent corporation is Binance (Services) Holdings Limited, and no publicly held corporation owns 10% or more of its stock.

    2.    The following persons, associations of persons, firms, partnerships, corporations (including subsidiaries, conglomerates, affiliates, and parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantively affected by the outcome of this action: Changpeng Zhao.

**Dated: July 12, 2023**

| | |
|---|---|
| s/ *Aaron S. Weiss* | s/ *Christopher N. LaVigne* |
| Aaron S. Weiss (FBN 48813) | Christopher N. LaVigne (pro hac vice) |
| aweiss@carltonfields.com | christopher.lavigne@withersworldwide.com |
| Carlton Fields, P.A. | Withers Bergman LLP |
| 700 N.W. 1st Ave., Ste. 1200 | 430 Park Avenue, 10th Fl. |
| Miami, Florida 33136 | New York, New York 10022 |
| Telephone: 305-530-0050 | Telephone: 212-848-9800 |
| *Attorneys for Defendant Binance Holdings, Ltd., d/b/a Binance* | *Attorneys for Defendant Binance Holdings, Ltd., d/b/a Binance* |