**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MICHAEL OSTERER,
*individually and on behalf of*
*all others similarly situated*,

        Plaintiff,                           CASE NO. 1:23-cv-22083-RAR

v.

BAM TRADING SERVICES INC.,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

        Defendants.

_____/

## NOTICE OF APPEARANCE OF ADAM M. FOSLID

      PLEASE TAKE NOTICE Adam M. Foslid, Esq., of Winston & Strawn LLP, hereby files

this Notice of Appearance as counsel for Defendant BAM Trading Services, Inc., in the above

styled matter. Set forth below is the information necessary for the purpose of ensuring that the

appearance can be noted of record, and all documents can be served and provided to the

undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: July 13, 2023

                                         *Respectfully submitted,*

                                         */s/ Adam M. Foslid*_____

                                         Adam M. Foslid, Esq.
                                         Fla. Bar No. 682284
                                         AFoslid@winston.com
                                         WINSTON & STRAWN LLP
                                         Southeast Financial Center
                                         200 S. Biscayne Blvd., 24th Floor
                                         Miami, Florida 33131
                                         Tel.: (305) 910-0500
                                         Fax: (305) 910-0505

                                         *Attorney for Defendant*
                                         *BAM Trading Services, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 13, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Adam M. Foslid___*
Adam M. Foslid, Esq.
