# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MICHAEL OSTERER,
*individually and on behalf of
all others similarly situated*,

       Plaintiff,

v.

BAM TRADING SERVICES INC.,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

       Defendants.
_____/

CASE NO. 1:23-cv-22083-RAR

## NOTICE OF APPEARANCE OF GABRIELA A. PLASENCIA

    PLEASE TAKE NOTICE Gabriela A. Plasencia, Esq., of Winston & Strawn LLP, hereby files this Notice of Appearance as counsel for Defendant BAM Trading Services, Inc., in the above styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: July 13, 2023

*Respectfully submitted,*

*/s/ Gabriela A. Plasencia*

Gabriela A. Plasencia, Esq.
Fla. Bar No. 115788
GPlasencia@winston.com
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, Florida 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

*Attorney for Defendant
BAM Trading Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Gabriela A. Plasencia*
Gabriela A. Plasencia, Esq.
