UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL OSTERER, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

BAM TRADING SERVICES, INC. d/b/a
BINANCE.US, a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a
BINANCE, a foreign company,

      Defendants.

_____/

CASE NO. 1:23-cv-22083-RAR

**DEFENDANT BAM TRADING SERVICES INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant, BAM Trading Services, Inc. ("BAM"), by and through its undersigned counsel, and pursuant to the Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (ECF No. 11), makes the following disclosures:

The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

- Michael Osterer (Plaintiff);

- Binance Holdings Limited (Defendant);

- BAM Trading Services Inc. (Defendant);

- BAM Management US Holdings, Inc. (Parent company of Defendant BAM Trading Services Inc.);

- Changpeng Zhao (founder and owner of BAM Trading Services, Inc.);

- Kopelowitz Ostrow Ferguson Weiselberg Gilbert (Counsel for Plaintiff Michael Osterer);

1

- - o   Jonathan Streisfeld
  - o   Steven Sukert
  - o   Jeff Ostrow
- Silver Miller (Counsel for Plaintiff Michael Osterer);
  - o   David C. Silver
- Winston & Strawn LLP (Counsel for BAM Trading Services, Inc.);
  - o   Adam M. Foslid
  - o   Daniel T. Stabile
  - o   Gabriela A. Plasencia
- Carlton Fields, P.A. (Counsel for Binance Holdings, Ltd.)
  - o   Aaron Stenzler Weiss

Date:   July 13, 2023.

Respectfully submitted,

/s/ *Adam M. Foslid*

Adam M. Foslid, Esq.
Fla. Bar No. 682284
AFoslid@winston.com
Daniel T. Stabile, Esq.
Fla. Bar No. 95750
DStabile@winston.com
Gabriela A. Plasencia, Esq.
Fla. Bar No. 115788
GPlasencia@winston.com

WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, FL 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

*Attorneys for Defendant*
*BAM Trading Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Adam M. Foslid*
Adam M. Foslid