UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL OSTERER,
*individually and on behalf of*
*all others similarly situated*,

       Plaintiff,

v.

BAM TRADING SERVICES INC.,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

       Defendants.
_____/

CASE NO. 1:23-cv-22083-RAR

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BAM Trading Services Inc., hereby discloses as follows:

BAM Trading Services Inc., is a wholly owned subsidiary of BAM Management US Holdings, Inc., which is not publicly owned.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: July 13, 2023

*Respectfully submitted,*

**WINSTON & STRAWN LLP**

*/s/ Adam M. Foslid*_____
Adam M. Foslid, Esq.
Fla. Bar No. 682284
AFoslid@winston.com
Daniel T. Stabile, Esq.
Fla. Bar No. 95750
DStabile@winston.com
Gabriela A. Plasencia, Esq.
Fla. Bar No. 115788

2

GPlasencia@winston.com

Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, Florida 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

*Attorneys for Defendant*
*BAM Trading Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, the foregoing document was electronically filed with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Adam M. Foslid*
Adam M. Foslid