UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-22083-RUIZ/BECERRA

Michael Osterer,

        Plaintiff,

v.

BAM Trading Services Inc, etc., et al,

        Defendant.

_____/

**ORDER OF RECUSAL**

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment.

DONE AND ORDERED in Chambers at Miami, Florida on July 13, 2023.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge

Eduardo I. Sanchez

All documents for filing this case shall carry the following case number and designation:

23-cv-22083-Ruiz/Sanchez

BY ORDER of the Court on July 13, 2023.

CLERK OF COURT

by: /s/Valerie Kemp
     Deputy Clerk