UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-22083-RUIZ/Sanchez

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

    *Defendants*.

_____/

**JOINT MOTION TO EXTEND PAGES LIMITS**

    Plaintiff Michael Osterer and Defendants Binance Holdings Ltd. ("Binance") and BAM Trading Services Inc. ("BAM Trading") jointly move, pursuant to S.D. Fla. L.R. 7.1(c)(2), for entry of an order granting additional pages for the briefing on Defendants' forthcoming Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Strike Class Action Allegations (the "Motion to Compel and Dismiss").

    Defendants will be filing a combined motion on grounds that Osterer is required to arbitrate his claims against the Defendants, and, in the alternative, that the case should be dismissed pursuant to multiple provisions of Fed. R. Civ. P. 12, including for lack of personal jurisdiction over Binance, and that the class allegations should be stricken. Osterer will oppose all of these arguments.

    Given the multiple legal arguments and the need, in certain instances, to address arguments specific to only one defendant, in order to adequately set forth their positions, the parties jointly request that the page limits for the briefing be set as follows:

    1.    Defendants' Motion (which will be filed on July 21, 2023): page limits be extended by 20 pages to 40 pages total.

    2.    Osterer's Response in Opposition: page limits be extended by 20 pages to 40 pages total.

3. Defendants' Reply in Support of the Motion: page limits be extended by 10 pages to 20 pages total.

## CONCLUSION

For the reasons set forth herein, the parties jointly request that the Court enter an order providing the requested page limit extensions. A proposed order is attached as Exhibit 1.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. L.R. 7.1(a)(3), counsel for the Parties have met and conferred and are in agreement on the requested relief.

**Dated: July 18, 2023**

By: s/ *Jeff Ostrow*
Jeff Ostrow (FBN 121452)
ostrow@kolawyers.com
Jonathan M. Streisfeld (FBN 117447)
streisfeld@kolawyers.com
Steven Sukert (FBN 1022912)
sukert@kolawyers.com
Kopelowitz Ostrow Ferguson
    Weiselberg Gilbert
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

David C. Silver, FBN 572764
Silver Miller
4450 NW 126th Avenue, Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
dsilver@silvermillerlaw.com

*Counsel for Plaintiff and the Putative Class*

By: s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

Christopher N. LaVigne (*pro hac vice*)
christopher.lavigne@withersworldwide.com
Withers Bergman LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Telephone: 212-848-9800

*Counsel for Defendant Binance Holdings, LTD. d/b/a Binance*

By: s/ *Adam M. Foslid*
Adam M. Foslid (FBN 682284)
Email: afoslid@winston.com
Winston & Strawn LLP
200 S. Biscayne Blvd, Ste. 2400
Miami, Florida 33131
Telephone: 305-910-0646

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*