UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-22083-RUIZ/Sanchez

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

    *Defendants*.

_____/

**ORDER**

THIS MATTER came before the Court on the Parties' joint motion [ECF No. 31] for entry of an order granting additional pages with respect to the briefing related to Defendants' forthcoming Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Strike Class Action Allegations (the "Motion to Compel and Dismiss").

Having reviewed the Motion, the record of this case, and being otherwise fully advised of the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED**.

2. The page limitations for Defendants' forthcoming Motion to Compel are **EXTENDED** as follows:

    a. Defendants' Motion: page limits are extended by 20 pages to 40 pages total.

    b. Plaintiff's Response in Opposition: page limits are extended by 20 pages to 40 pages total.

    c. Defendants' Reply in Support of the Motion: page limits are extended by 10 pages to 20 pages total.

DONE and ORDERED in Miami, Florida on July __, 2023

                                                    _____
                                                    Rodolfo A. Ruiz II
                                                   United States District Judge