UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22083-RAR

**MICHAEL OSTERER**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO EXTEND PAGE LIMITS

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Extend Page Limits ("Motion"), filed on July 18, 2023, requesting an order granting leave to file additional pages in the forthcoming briefing on Defendants' Motion to Compel Arbitration or in the Alternative, to Dismiss Plaintiff's Complaint and Strike Class Action Allegations ("Motion to Compel and Dismiss"). [ECF No. 31]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion [ECF No. 31] is **GRANTED**.

2. Defendants may file a Motion to Compel and Dismiss not to exceed **40 pages**.

3. Plaintiff may file a Response in Opposition not to exceed **40 pages**.

4. Defendants may file a Reply brief not to exceed **20 pages**.

    **DONE AND ORDERED** in Miami, Florida, this 19th day of June, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**