UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:23-cv-22083-RUIZ/Sanchez

MICHAEL OSTERER,

    *Plaintiff*,

v.

BAM TRADING SERVICES, INC. *et al.*,

    *Defendants*.

_____/

**DEFENDANTS' FED. R. CIV. P 44.1 NOTICE
OF INTENT TO RAISE FOREIGN LAW**

Defendant Binance Holdings, Ltd and Defendant BAM Trading Services Inc. ("Defendants"), pursuant to Fed. R. Civ. P. 44.1, give notice of their intent to raise the law of Hong Kong. Subject to this Court's decision after a choice of law analysis, Defendants may rely on the law of Hong Kong, including specifically Hong Kong law regarding equitable estoppel, in connection with Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Strike Class Action Allegations (the "Motion").

In support of the Motion, Defendants will file the Declaration of Sherlin Hsie-Lien Tung (the "Declaration") who sets forth the applicable Hong Kong legal standards, together with copies of the cases and other legal sources referenced in the Declaration.

Regarding equitable estoppel, Hong Kong law holds if a party attempts to rely on conditions in a contract containing an arbitration provision to make its claim, it is bound to the arbitration provision in that contract despite its status as a nonsignatory.

Dated: July 21, 2023

By: *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

Christopher N. LaVigne (pro hac vice)
christopher.lavigne@withersworldwide.com
Withers Bergman LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Telephone: 212-848-9800

*Counsel for Defendant Binance Holdings, LTD. d/b/a Binance*

By: *Adam M. Foslid*
Adam M. Foslid (FBN 682284)
Email: afoslid@winston.com
Winston & Strawn LLP
200 S. Biscayne Blvd., Ste. 2400
Miami, Florida 33131
Telephone: 305-910-0646

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*

2

133561658.1