# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-cv-22083-RAR/EIS**

MICHAEL OSTERER, individually and on
behalf and all others similarly situated,

      Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a
BINANCE.US, a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a
BINANCE, a foreign company,

      Defendants.
_____/

**RULE 502(d) ORDER GOVERNING**
**PRODUCTION OF PRIVILEGED INFORMATION**

      THIS MATTER came before the Court upon the filing of the parties' Joint Scheduling Report [ECF No. ___], wherein they requested that the Court enter an order pursuant to Fed. R. Evid. 502(d). Having reviewed the Joint Scheduling Report and otherwise being fully advised in the premises, it is hereby

      ORDERED AND ADJUDGED that:

      1.     The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

DONE AND ORDERED this ____ day of _____, 2023, at Miami-Dade County, Florida.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Magistrate Judge Sanchez*
*All Counsel of Record*