UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-22083-RAR/EIS

MICHAEL OSTERER, individually and on
behalf and all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a
BINANCE.US, a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a
BINANCE, a foreign company,

    Defendants.

_____/

**STIPULATION AND ORDER REGARDING DEFENDANTS'
MOTION TO STAY DISCOVERY AND DEFENDANTS' MOTION TO
COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS
PLAINTIFF'S COMPLAINT AND CLASS ACTION ALLEGATIONS**

    Plaintiff Michael Osterer and Defendants BAM Trading Services Inc. d/b/a Binance.US and Binance Holdings, Ltd. d/b/a Binance (collectively, the "Parties") submit this Stipulation regarding Defendants' Motion to Stay Discovery [Dkt. 35] and Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Class Action Allegations ("Motion to Compel Arbitration or Dismiss") [Dkt. 34], and respectfully request the Court enter the Stipulation as an Order of this Court.

    Plaintiff has agreed to submit this Stipulation in lieu of a response in opposition to Defendants' Motion to Stay Discovery because the Parties believe this Stipulation resolves that motion in a way that will be satisfactory to the Court. However, if the Court refuses to approve the Stipulation, Plaintiff respectfully requests additional time to respond to the Motion to Stay Discovery, as the Court set a July 28, 2023, deadline to respond to that motion. Dkt. 36.

## STIPULATION

1.      For the Motion to Stay Discovery, the Parties stipulate and agree no class certification or merits discovery should occur until the Court decides (a) whether Defendants may compel Plaintiff to arbitrate his claims against Defendants and (b) whether the Court has personal jurisdiction over Binance Holdings, Ltd. d/b/a Binance.

2.      For the Motion to Compel Arbitration or Dismiss, the Parties stipulate and agree the Court should first approve Plaintiff's request for a period of time for arbitration-related discovery to conclude on **October 16, 2023**, including written and deposition discovery, to allow Plaintiff to serve discovery in advance of responding to Defendants' motion to compel arbitration. Defendants reserve their rights under the Federal Rules of Civil Procedure to object to specific discovery requests. Should Defendants object, the Parties will present any discovery disputes to Magistrate Judge Eduardo I. Sanchez in accordance with the Court's and his procedures.

3.      Following the completion of arbitration-related discovery, Plaintiff shall respond by **October 30, 2023**, only to the portions of the Motion to Compel Arbitration or Dismiss pertaining to Defendants' request to compel Plaintiff to arbitrate. Thereafter, Defendants shall have until **November 10, 2023**, to file their joint reply limited to arbitration issues.

4.      After the Court's ruling on Defendants' Motion to Compel Arbitration, a briefing schedule on Defendants' alternative Motion to Dismiss should be set if the Court does not compel Plaintiff to arbitrate. Plaintiff reserves the right to request the Court permit personal jurisdiction-related discovery before he responds to the Motion to Dismiss.

5.      Under Federal Rule of Civil Procedure 6(b), the Court may extend the deadlines as requested by the Parties. Good cause is shown for extending the deadlines as efficiency and judicial economy will be served.

WHEREFORE, the Parties respectfully request the Court approve the above Stipulation and the deadlines set therein regarding the Motion to Compel Arbitration or Dismiss, deny as moot Defendants' Motion to Stay Discovery [Dkt. 35], and grant such further relief as it deems just and proper.

Dated: July 28, 2023

Respectfully submitted,

*/s/ Jeff Ostrow*
Jeff Ostrow, FBN 121452
Jonathan M. Streisfeld, FBN 117447
Steven Sukert, FBN 1022912
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
streisfeld@kolawyers.com
sukert@kolawyers.com

David C. Silver, FBN 572764
**SILVER MILLER**
4450 NW 126th Avenue, Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
dsilver@silvermillerlaw.com

*Attorneys for Plaintiff and the Putative Class*

*/s/ Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

Christopher N. LaVigne (*pro hac vice*)
christopher.lavigne@withersworldwide.com
Withers Bergman LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Telephone: 212-848-9800

*Counsel for Defendant Binance Holdings, LTD. d/b/a Binance*

*/s/ Adam M. Foslid*
Adam M. Foslid (FBN 682284)
Email: afoslid@winston.com
Winston & Strawn LLP
200 S. Biscayne Blvd, Ste. 2400
Miami, Florida 33131
Telephone: 305-910-0646

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*

## **ORDER APPROVING STIPULATION**

The foregoing Stipulation is approved and adopted as an Order of the Court.

Done and Ordered in in Miami, Florida this \_\_\_\_ day of _____, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**