UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22083-RAR

**MICHAEL OSTERER**,
*individually and on behalf of*
*all others similarly situated*,

    Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

    Defendants.
_____/

**ORDER APPROVING STIPULATION, REFERRING LIMITED DISCOVERY TO MAGISTRATE JUDGE, AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO COMPEL ARBITRATION OR DISMISS**

**THIS CAUSE** comes before the Court upon the parties' Stipulation Regarding Defendants' Motion to Stay Discovery and Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Class Action Allegations ("Stipulation"), filed on July 28, 2023. [ECF No. 38]. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation, [ECF No. 38], is **APPROVED** in its entirety as follows:

    1.    No class certification or merits discovery shall occur until the Court decides (a) whether Defendants may compel Plaintiff to arbitrate his claims against Defendants and (b) whether the Court has personal jurisdiction over Binance Holdings, Ltd. d/b/a Binance. Accordingly, Defendant's Motion to Stay Discovery, [ECF No. 35], is **DENIED** *without prejudice* at this time given the parties' Stipulation.

2. Plaintiff is hereby permitted to serve and conduct arbitration-related discovery, including written and deposition discovery, in advance of responding to Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Class Action Allegations, [ECF No. 34] ("Motion to Compel Arbitration or Dismiss"). The deadline for conducting such arbitration-related discovery is **October 16, 2023**.

3. Pursuant to 28 U.S.C. § 636 and this District's Magistrate Judge Rules, all discovery matters are hereby referred to **United States Magistrate Judge Eduardo I. Sanchez**. Pursuant to Magistrate Judge Sanchez's procedures, if a discovery dispute arises, the parties must actually speak to one another, either **in person, via telephone, or via Zoom (or equivalent conferencing/communication platform)** to resolve their discovery disputes before seeking court intervention. E-mail correspondence alone does not constitute a sufficient conferral. If the parties are unable to resolve their discovery disputes without court intervention, the movant shall file a discovery motion that complies with Local Rule 26.1(g) and that includes a certificate of good faith, in compliance with Local Rule 7.1(a)(3). All discovery motions shall be **no longer than five (5) pages**. The opposing party must file a response to the motion, **no longer than five (5) pages**, within **five (5) business days** of service of the discovery motion. No reply shall be permitted. If Magistrate Judge Sanchez determines that a discovery hearing on the motion is necessary, he will then enter an order setting the matter for a hearing. The parties are encouraged to continue to pursue resolution of any disputed discovery matters even after a hearing is scheduled. If those efforts are successful, counsel should contact Magistrate Judge Sanchez's chambers (Sanchez@flsd.uscourts.gov) as soon as practicable so that the hearing can be timely canceled. Alternatively, if the parties resolve some, but not all, of their issues before the hearing, counsel shall timely contact chambers to relay which issues are no longer in dispute. **All such communications with Magistrate Judge Sanchez's chambers regarding discovery matters must be by email, and all counsel of record must be**

**copied on the email. No argument or background about the dispute is permitted by email.** For further information, please see Judge Sanchez's Order Setting Discovery Procedure.

4. Following the completion of arbitration-related discovery, Plaintiff shall respond by **October 30, 2023**, only to the portions of the Motion to Compel Arbitration or Dismiss pertaining to Defendants' request to compel Plaintiffs to arbitrate. Thereafter, Defendants shall have until **November 10, 2023**, to file their joint reply limited to arbitration issues.

5. After the Court's ruling on Defendants' Motion to Compel Arbitration or Dismiss, a briefing schedule on Defendants' alternative Motion to Dismiss shall be issued if the Court does not compel Plaintiff to arbitrate. Plaintiff may request that the Court permit personal jurisdiction-related discovery before he responds to the Motion to Dismiss.

6. Under Federal Rule of Civil Procedure 6(b), the Court may extend the deadlines set forth herein as requested by the parties.

7. Given the parties' Stipulation, the Court will forgo entering a Scheduling Order at this time as requested by the parties in their Joint Scheduling Report, [ECF No. 37], until after the Court has issued a ruling on Defendants' Motion to Compel Arbitration or Dismiss.

**DONE AND ORDERED** in Miami, Florida, this 1st day of August, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**