**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-22083-RAR**

**MICHAEL OSTERER**,
*individually and on behalf of*
*all others similarly situated*,

      Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

      Defendants.
_____/

**RULE 502(d) ORDER GOVERNING**
**PRODUCTION OF PRIVILEGED INFORMATION**

      **THIS CAUSE** comes before the Court upon the parties' Joint Scheduling Report, filed on July 28, 2023.  [ECF No. 37].  The parties request that the Court enter an order pursuant to Federal Rule of Evidence 502(d).  Having reviewed the Joint Scheduling Report, the record, and being otherwise fully advised, it is hereby

      **ORDERED AND ADJUDGED** as follows:

      1.    The production of privileged or work-product protected documents, electronically stored information ("ESI"), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**DONE AND ORDERED** in Miami, Florida, this 1st day of August, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**