UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-22083-RAR/EIS

MICHAEL OSTERER, individually and on
behalf and all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a
BINANCE.US, a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a
BINANCE, a foreign company,

Defendants.
_____/

## PLAINTIFF MICHAEL OSTERER'S UNOPPOSED MOTION FOR ATTORNEYS JEFF OSTROW, JONATHAN M. STREISFLED, AND STEVEN SUKERT TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rules 7.1(a)(1) and 11(d)(3)(A), Plaintiff Michael Osterer hereby files this Unopposed Motion to Withdraw and asks the Court to enter an Order allowing attorneys Jeff Ostrow, Jonathan M. Streisfeld, and Steven Sukert of Kopelowitz Ostrow Ferguson Weiselberg Gilbert to withdraw as counsel in this matter. In support, Plaintiff states as follows:

    1.    Jeff Ostrow, Jonathan M. Streisfeld, and Steven Sukert are not the sole attorneys representing Plaintiff Michael Osterer as counsel of record in this case.

    2.    The requested withdrawal can be accomplished without material adverse effect on the interests of the client. Accordingly, Plaintiff asks this Court to permit Mr. Ostrow, Mr. Streisfeld, and Mr. Sukert to withdraw as counsel in this matter.

    3.    Attorney David Silver of the law firm Silver Miller shall remain as counsel for Plaintiff in this matter.

4. Pursuant to Local Rule 11.1(d)(3)(A), notice of Mr. Ostrow, Mr. Streisfeld, and Mr. Sukert's proposed withdrawal has been served on Plaintiff and counsel for Defendants BAM Trading Services Inc. d/b/a Binance.US ("BAM") and Binance Holdings, Ltd. d/b/a Binance ("Binance").

5. Neither Plaintiff nor Defendants object to Mr. Ostrow, Mr. Streisfeld, and Mr. Sukert withdrawing as counsel for Plaintiff in this matter.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order permitting attorneys Jeff Ostrow, Jonathan Streisfeld, and Steven Sukert to withdraw as counsel for Plaintiff in this matter.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel hereby certifies that Plaintiff, the moving party, has conferred with Defendants in a good faith effort to resolve the issues raised in this Motion. Counsel for Defendants BAM and Binance have indicated Defendants do not oppose the relief requested.

Dated: August 8, 2023.

Respectfully submitted,

By: /s/ Jeff Ostrow
Jeff Ostrow, FBN 121452
Jonathan M. Streisfeld, FBN 117447
Steven Sukert, FBN 1022912
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
streisfeld@kolawyers.com
sukert@kolawyers.com

David C. Silver, FBN 572764
**SILVER MILLER**
4450 NW 126th Avenue, Suite 101

Coral Springs, Florida 33065
Telephone: (954) 516-6000
dsilver@silvermillerlaw.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of August, 2023, the foregoing was filed using the Court's CM/ECF system which will send electronic notice of the same to all interested parties.

By: */s/   Jeff Ostrow*
　　　Jeff Ostrow