**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-22083-RAR/EIS**

MICHAEL OSTERER, individually and on behalf and all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL OSTERER'S UNOPPOSED MOTION FOR ATTORNEYS JEFF OSTROW, JONATHAN M. STREISFLED, AND STEVEN SUKERT TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

    THIS CAUSE came before the Court upon Plaintiff Michael Osterer's Unopposed Motion for Attorneys Jeff Ostrow, Jonathan M. Streisfeld, and Steven Sukert to Withdraw as Counsel for Plaintiff. This Court, having considered the Motion, the record, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES that:

    The Motion is GRANTED. Jeff Ostrow, Jonathan M. Streisfeld, and Steven Sukert is hereby withdrawn as counsel for Plaintiff Michael Osterer. The Clerk shall no longer provide electronic notification of all electronic filings to Jeff Ostrow at ostrow@kolawyers.com; Jonathan M. Streisfeld at streisfeld@kolawyers.com; or Steven Sukert at sukert@kolawyers.com.

    **DONE AND ORDERED** in _____, Florida this ____ day of August, 2023.

2

Copies to counsel of record.

                                                                          _____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE