**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-22083-RAR**

**MICHAEL OSTERER**,
*individually and on behalf of*
*all others similarly situated*,

      Plaintiff,

v.

**BAM TRADING SERVICES INC.**,
*a Delaware corporation d/b/a*
BINANCE.US, *et al.*,

      Defendants.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Attorneys Jeff Ostrow, Jonathan M. Streisfled, and Steven Skuert to Withdraw as Counsel for Plaintiff ("Motion"), [ECF No. 42], filed on August 8, 2023. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) The Motion, [ECF No. 42], is **GRANTED**.

2) Within **three (3) days** of the entry of this Order, withdrawing counsel shall send to Plaintiff's last known address a copy of this Order and file a notice with the Court certifying the same.

3) Attorneys Jeff Ostrow, Jonathan M. Streisfled, and Steven Skuert are hereby **DISCHARGED** of all further responsibilities related to Plaintiff in these proceedings. The Clerk is directed to remove Attorneys Jeff Ostrow, Jonathan M. Streisfled, and Steven Skuert from the CM/ECF electronic list of counsel to be served in this action.

4) Attorney David Silver of the law firm Silver Miller shall remain as counsel for Plaintiff in this matter.

**DONE AND ORDERED** in Miami, Florida, this 8th day of August, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**