# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**Case No.: 1:23-cv-22083-RAR**

MICHAEL OSTERER, individually and on behalf and all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company,

    Defendants.

_____/

## JOINT MOTION TO ENLARGE ARBITRATION-RELATED DISCOVERY DEADLINES AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION OR DISMISS

Plaintiff MICHAEL OSTERER, individually and on behalf and all others similarly situated ("Plaintiff"), and Defendants BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company (collectively "Defendants") (Plaintiff and Defendants collectively "the Parties"), by and through their respective undersigned counsel, pursuant to Fed.R.Civ.P. 7 and S.D. Fla. L.R. 7.1, respectfully move this Honorable Court for entry of an Order modifying the Parties' deadlines and briefing schedule on the issue of arbitration-related discovery and Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint ("Motion to Compel Arbitration or Dismiss") [Docket Entry No. ("DE") 34].

In support of this Motion, the Parties state as follows:

1. On June 5, 2023, Plaintiff filed a Class Action Complaint in this matter. [DE 1].

2. On July 21, 2023, Defendants filed their Motion to Compel Arbitration or Dismiss. [DE 34].

3. On July 28, 2023, the Parties filed with the Court a "Stipulation and Order Regarding Defendants' Motion to Stay Discovery and Defendants' Motion to Compel Arbitration Or, In The Alternative, to Dismiss Plaintiff's Complaint and Class Action Allegations." [DE 38].

4. On August 1, 2023, the Court entered an Order that, *inter alia*, approved the Parties' Stipulation and deadlines/briefing schedule on the issue of discovery-related arbitration. [DE 39].

5. Pursuant to the schedule established by the Court's August 1, 2023 Order, the following deadlines were placed upon the Parties:

| Event/Deadline | Date |
| --- | --- |
| Arbitration Discovery Cutoff | 10/16/2023 |
| Plaintiff's Opposition to Defendants' Motion to Compel Arbitration | 10/30/2023 |
| Defendants' Reply Brief in support of Defendants' Motion to Compel Arbitration | 11/10/2023 |

6. The Parties have been working with one another in good faith to satisfy the deadlines and schedule set by the Court's August 1, 2023 Order but need some additional time to meet their obligations and present to the Court all relevant evidence and argument to ensure a full and fair adjudication of the Motion to Compel Arbitration or Dismiss currently pending before the Court.

7. After meeting and conferring with one another, the Parties have jointly crafted the following revised deadlines and schedule in connection with the issue of arbitration-related discovery and Defendants' Motion to Compel Arbitration or Dismiss.

| Event/Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Arbitration Discovery Cutoff | 10/16/2023 | 11/21/2023 |
| Plaintiff's Opposition to Defendants' Motion to Compel Arbitration | 10/30/2023 | 12/8/2023 |
| Defendants' Reply Brief in support of Defendants' Motion to Compel Arbitration | 11/10/2023 | 12/22/2023 |

Case No.: 1:23-cv-22083-RAR

8. This enlargement of time is requested to allow the Parties and their counsel to properly prepare and present the Parties' positions on the legal matters in dispute in this action.

9. This is the first motion for enlargement of time in connection with the issue of arbitration-related discovery and Defendants' Motion to Compel Arbitration or Dismiss.

10. As the Court stated in its August 1, 2023 Order: "*Under Federal Rule of Civil Procedure 6(b), the Court may extend the deadlines set forth herein as requested by the parties.*" [DE 39 at ¶ 6].

11. This motion is made before the expiration of the periods prescribed by the Federal Rules of Civil Procedure and the Local Rules of Court, is made in good faith, is not sought for the purpose of delay, and will not prejudice any Party.

WHEREFORE, Plaintiff MICHAEL OSTERER, and Defendants BAM TRADING SERVICES INC. d/b/a BINANCE.US and BINANCE HOLDINGS, LTD. d/b/a BINANCE, respectfully request the Court enter an Order:

(a) extending through and including **November 21, 2023** the Parties' deadline to conduct all arbitration-related discovery;

(b) extending through and including **December 8, 2023** Plaintiff's deadline to file his Opposition to Defendants' Motion to Compel Arbitration;

(c) extending through and including **December 22, 2023** Defendants' deadline to file their Reply Brief in support of Defendants' Motion to Compel Arbitration; and

(d) granting such other relief as the Court deems just and appropriate.

Case No.: 1:23-cv-22083-RAR

Respectfully submitted,

| | |
|---|---|
| */s/ David C. Silver* | */s/ Christopher LaVigne* |
| David C. Silver, Esq. | Aaron S. Weiss, Esq. |
| Florida Bar No. 572764 | Fla. Bar No. 48813 |
| Jason S. Miller, Esq. | **CARLTON FIELDS, P.A.** |
| Florida Bar No. 072206 | 700 N.W. 1st Ave., Ste. 1200 |
| **SILVER MILLER** | Miami, Florida 33137 |
| 4450 NW 126th Avenue - Suite 101 | Telephone: (305) 530-0050 |
| Coral Springs, FL 33065 | Facsimile:  (305) 530-0055 |
| Telephone: (954) 516-6000 | E-mail: aweiss@carltonfields.com |
| E-mail: DSilver@SilverMillerLaw.com | |
|         JMiller@SilverMillerLaw.com | Christopher LaVigne, Esq.* |
| | *Admitted Pro Hac Vice - DE 17* |
| *Attorneys for Plaintiff and the Putative Class* | **WITHERS LLP** |
| | 430 Park Avenue - 10th Floor |
| | New York, NY 10022 |
| | Telephone:  (212) 848-9800 |
| | E-mail: christopher.lavigne@withersworldwide.com |
| | |
| | *Attorneys for Defendant Binance Holdings, Ltd.* |
| | *d/b/a Binance* |

  */s/ Adam Foslid*
Adam Foslid, Esq. [Fla. Bar No. 682284]
Daniel T. Stabile, Esq. [Fla. Bar No. 95750]
Gabriela A. Plasencia, Esq. [FBN 115788]
**WINSTON & STRAWN LLP**
Southeast Financial Center
200 S. Biscayne Blvd. - 24th Floor
Miami, Florida 33131
Telephone:     (305) 910-0500
Facsimile:      (305) 910-0505
E-mail: AFoslid@winston.com
            DStabile@winston.com
            GPlasencia@winston.com

*Attorney for Defendant BAM Trading Services, Inc.*
*d/b/a Binance.US*

Case No.: 1:23-cv-22083-RAR

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __13th__ day of October 2023 by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant(s): **AARON S. WEISS, ESQ.**, CARLTON FIELDS, P.A., *Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance*, 700 NW 1st Ave. - Suite 1200, Miami, Florida 33137, E-mail: aweiss@carltonfields.com; **CHRISTOPHER LAVIGNE, ESQ.**, WITHERS LLP, *Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance*, 430 Park Avenue - 10th Floor, New York, NY 10022, E-mail: christopher.lavigne@withersworldwide.com; **ADAM FOSLID, ESQ., DANIEL T. STABILE, ESQ., and GABRIELA A. PLASENCIA, ESQ.**, WINSTON & STRAWN LLP, *Counsel for Defendant BAM Trading Services, Inc. d/b/a Binance.US*, Southeast Financial Center, 200 S. Biscayne Blvd. - 24th Floor, Miami, Florida 33131, E-mail: AFoslid@winston.com, DStabile@winston.com, GPlasencia@winston.com.

        */s/ David C. Silver*
        DAVID C. SILVER

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101 • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com