# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Miami Division

### Case No.: 1:23-cv-22083-RAR

MICHAEL OSTERER, individually and on
behalf and all others similarly situated,

    Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company,

    Defendants.

_____/

### ORDER GRANTING JOINT MOTION TO ENLARGE ARBITRATION-RELATED DISCOVERY DEADLINES AND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION OR DISMISS

**THIS MATTER** having been brought before the Court upon the motion jointly filed by Plaintiff MICHAEL OSTERER, individually and on behalf and all others similarly situated ("Plaintiff"), and Defendants BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company (collectively "Defendants") (Plaintiff and Defendants collectively "the Parties"), for entry of an Order modifying the Parties' deadlines and briefing schedule on the issue of arbitration-related discovery and Defendants' Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint ("Motion to Compel Arbitration or Dismiss") [Docket Entry No. ("DE") 34]; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

    **ORDERED AND ADJUDGED** as follows:

    (1)    Plaintiff's Motion [DE _____ ] is hereby **GRANTED**.

Case No.: 1:23-cv-22083-RAR

(2)  The deadlines/briefing schedule on the issue of discovery-related arbitration that were previously set by the Court [DE 39] are amended as follows:

| Event/Deadline | Previous Date [per DE 39] | New Date |
|---|---|---|
| Arbitration Discovery Cutoff | 10/16/2023 | **11/21/2023** |
| Plaintiff's Opposition to Defendants' Motion to Compel Arbitration | 10/30/2023 | **12/8/2023** |
| Defendants' Reply Brief in support of Defendants' Motion to Compel Arbitration | 11/10/2023 | **12/22/2023** |

(3)  Under Federal Rule of Civil Procedure 6(b), the Court may further extend the deadlines set forth herein as requested by the parties.

**DONE and ORDERED** in Chambers in Miami, Florida, this ____ day of October 2023.

_____
HONORABLE RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record