UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22083-RAR

**MICHAEL OSTERER**, individually and on
behalf and all others similarly situated,

    Plaintiff,

v.

**BAM TRADING SERVICES INC**. d/b/a
**BINANCE.US**, *a Delaware corporation*,
and **BINANCE HOLDINGS, LTD**. d/b/a
**BINANCE**, *a foreign company*,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO ENLARGE ARBITRATION-RELATED
DISCOVERY DEADLINES AND BRIEFING SCHEDULE**

**THIS CAUSE** comes before the Court upon the Joint Motion to Enlarge Arbitration-Related Discovery Deadlines and Briefing Schedule Regarding Defendants' Motion to Compel Arbitration or Dismiss ("Motion"), [ECF No. 44]. On August 1, 2023, the Court entered an Order that approved the parties' proposed deadlines/briefing schedule on the issue of discovery-related arbitration ("Limited Scheduling Order"), [ECF No 39]. Upon careful review of the Motion, as well as the record, the Court finds good cause to modify its prior Limited Scheduling Order. Accordingly, the Motion is hereby **GRANTED,** and the deadlines set by the Limited Scheduling Order are hereby modified as follows:

    Arbitration Discovery Cutoff:  **November 21, 2023**

    Plaintiff's Opposition to Defendants' Motion to Compel Arbitration:  **December 8, 2023**

    Defendants' Reply Brief in support of Defendants' Motion to Compel Arbitration:  **December 22, 2023.**

**DONE AND ORDERED** in Miami, Florida, this 13th day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**