UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-22083-RAR/Sanchez

MICHAEL OSTERER, individually and on
behalf and all others similarly situated,
 Plaintiff,

v.

BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation,
and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company,
 Defendants.

_____/

**JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2024 Paperless Order following the Status Conference conducted by the Court on December 19, 2024 [ECF No. 85] -- modified by the Court on June 13, 2025 [ECF No. 94] (the "Orders"), Plaintiff MICHAEL OSTERER and Defendants BINANCE HOLDINGS, LTD. d/b/a BINANCE and BAM TRADING SERVICES, INC. d/b/a BINANCE.US (collectively "the Parties"), by and through their undersigned counsel of record, hereby submit this Joint Status Report.

On or about March 7, 2025, MICHAEL OSTERER commenced arbitration against BINANCE HOLDINGS, LTD. d/b/a BINANCE and BAM TRADING SERVICES, INC. d/b/a BINANCE.US before the Hong Kong International Arbitration Center [HKIAC]. The case is currently proceeding under HKIAC Case No.: HKIAC/A25063.

The arbitration is still in its earliest stages, as the Parties are presently working through some administrative matters with the HKIAC. No arbitrator has yet been appointed.

Case No.: 1:23-cv-22083-RAR/Sanchez

The Parties will file with this Court supplemental Joint Status Reports every ninety (90) days henceforth in accordance with the Orders, unless and until permitted by the Court to cease the reporting requirements.

Dated:   June 17, 2025

Case No.: 1:23-cv-22083-RAR/Sanchez

Respectfully submitted,

By: /s/ Daniel T. Stabile
Adam Foslid (FBN 682284)
AFoslid@winston.com
Daniel T. Stabile (FBN 95750)
DStabile@winston.com
Gabriela A. Plasencia (FBN 115788)
GPlasencia@winston.com
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, Florida 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*


By: /s/ Christopher N. LaVigne
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
CARLTON FIELDS, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Tel.: (305) 530-0050

Christopher N. LaVigne (admitted *pro hac vice*)
Christopher.lavigne@withersworldwide.com
WITHERS BERGMAN LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Tel.: (212) 848-9800

*Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance*

By: /s/ David C. Silver
David C. Silver (FBN 575764)
dsilver@silvermillerlaw.com
SILVER MILLER
4450 NW 126th Avenue, Ste. 101
Coral Springs, Florida 33065
Tel.: (954) 516-6000

ROBBINS GELLER RUDMAN & DOWD LLP
Eric I. Niehaus (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
ericn@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman (admitted *pro hac vice*)
Evan J. Kaufman (admitted *pro hac vice*)
Jonathan A. Ohlmann (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
johlmann@rgrdlaw.com

HERMAN JONES LLP
John C. Herman
3424 Peachtree Road NE, Suite 1650
Atlanta, GA 30326
Telephone: (404) 504-6500
jherman@hermanjones.com

*Counsel for Plaintiff Michael Osterer*