**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:23-cv-22083-RUIZ/Sanchez

| | |
|---|---|
| MICHAEL OSTERER, Individually and on Behalf of All Others Similarly Situated, | <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| BAM TRADING SERVICES INC. d/b/a BINANCE.US, a Delaware corporation, and BINANCE HOLDINGS, LTD. d/b/a BINANCE, a foreign company, | |
| Defendants. | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's December 19, 2024 Paperless Order following the Status Conference conducted by the Court on December 19, 2024 [ECF No. 85] – modified by the Court on June 13, 2025 [ECF No. 94] (the "Orders") – Plaintiff MICHAEL OSTERER ("Plaintiff" or "Mr. Osterer") and Defendants BINANCE HOLDINGS, LTD. d/b/a BINANCE ("Binance") and BAM TRADING SERVICES, INC. d/b/a BINANCE.US ("Binance.US") (collectively "the Parties"), by and through their undersigned counsel of record, hereby submit this Joint Status Report.

On or about March 7, 2025, Plaintiffs commenced arbitration against Binance and Binance.US before the Hong Kong International Arbitration Center ("HKIAC") under HKIAC Case No.: HKIAC/A25063. As previously reported to the Court in the Joint Status Report filed by the Parties on September 15, 2025 [ECF No. 96], that arbitration is presently being stayed at the request of the Parties while other legal proceedings that are presently pending in this Court

Case No.: 1:23-cv-22083-RAR/Sanchez

against Binance and Binance.US (as well as former Binance CEO Changpeng Zhao) advance. *See*, *Martin, et al. v. Binance Holdings, Ltd d/b/a Binance, et al.* ("*Martin*") and *Baratta, et al. v. Binance Holdings, Ltd d/b/a Binance, et al.* ("*Baratta*") – U.S. District Court – S.D. Florida – Consolidated Cases 1:25-cv-22100-RAR and 1:25-cv-22202-RAR.

The Parties will file with this Court supplemental Joint Status Reports every ninety (90) days henceforth in accordance with the Orders, unless and until permitted by the Court to cease the reporting requirements.

Dated:   December 15, 2025

Case No.: 1:23-cv-22083-RAR/Sanchez

Respectfully submitted,

By: */s/ Daniel T. Stabile*
Adam Foslid (FBN 682284)
afoslid@winston.com
Daniel T. Stabile (FBN 95750)
dstabile@winston.com
Gabriela A. Plasencia (FBN 115788)
gplasencia@winston.com
WINSTON & STRAWN LLP
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, Florida 33131
Telephone: 305/910-0500
305/910-0505 (fax)

*Counsel for Defendant BAM Trading Services Inc. d/b/a Binance.US*

By: */s/ Christopher N. LaVigne*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
CARLTON FIELDS, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305/530-0050

Christopher N. LaVigne (admitted *pro hac vice*)
Christopher.lavigne@withersworldwde.com
WITHERS BERGMAN LLP
430 Park Avenue, 10th Fl.
New York, New York 10022
Telephone: 212/848-9800

*Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance*

By: */s/ David C. Silver*
David C. Silver (FBN 575764)
dsilver@silvermillerlaw.com
SILVER MILLER
4450 NW 126th Avenue, Ste. 101
Coral Springs, Florida 33065
Telephone: 954/516-6000

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS (admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
ericn@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
EVAN J. KAUFMAN (admitted *pro hac vice*)
JONATHAN A. OHLMANN (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com
johlmann@rgrdlaw.com

HERMAN JONES LLP
John C. Herman
3424 Peachtree Road NE, Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
jherman@hermanjones.com

*Counsel for Plaintiff Michael Osterer*